# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,　　: 　No. 416 MAL 2023

　　　　　Respondent　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　: 　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　　: 　from the Order of the Superior Court
　　　　v.　　　　　　　　　　　　　　:

ALBERT DUNKOWSKI,　　　　　　　　　:

　　　　　Petitioner　　　　　　　　　　:

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 17th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.